**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**DEXTER JEROME CAMPBELL**                                   **PLAINTIFF**

**V.**                                  **CIVIL ACTION NO.: 4:12-CV-39- HTW-LRA**

**GEO GROUP, ET AL**                                          **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is the Report and Recommendation of United States Magistrate Judge Linda Anderson [docket no. 56], which recommends that this court deny plaintiff's motion for a temporary restraining order [docket no. 48], and the written objection to the proposed findings and recommendation [docket no. 58]. Based upon the evidence therein contained, this court, having given full consideration to the aforesaid objection, finds the same not well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge is hereby adopted as the order of this court.

SO ORDERED, this the 22nd day of May, 2013.


                                                         **s/ HENRY T. WINGATE**
                                                         **UNITED STATES DISTRICT JUDGE**